1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **SEYEDNASIR HAGHIGHIBARDINEH**; and **SEYEDEHAZAR YADEGARI TAPEH GALEH**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**MARCO RUBIO**, *in his official capacity as U.S. Secretary of State;* and **KENNETH PLATEK**, *in his official capacity as Acting Director of National Vetting Center,*<br><br>*Defendants.* | Civil Action No.: 2:25-cv-00791-JHC<br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Stay Case. Dkt. # 5. For the reasons stated therein, the Court GRANTS the motion and STAYS this matter until September 18, 2025. The Court DIRECTS the parties to file a joint status report on or before September 19, 2025.

Dated this 24th day of June, 2025.

_____
JOHN H. CHUN
United States District Judge

1